**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :    No. 94 EAL 2017
                 : 
           Respondent    : 
                 :    Petition for Allowance of Appeal from
                 :    the Order of the Superior Court
        v.            : 
                 : 
                 : 
CARVEL RICE,             : 
                 : 
           Petitioner    : 

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 1st day of August, 2017, the Petition for Allowance of Appeal is **DENIED**.